**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DOUGLAS ANDERSEN, | ) | NO. CV 13-02495 RGK (SS) |
| Petitioner, | ) | **ORDER ACCEPTING FINDINGS,** |
| v. | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| RALPH DIAZ, Warden, | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

1     **IT IS ORDERED** that the Petition is denied and Judgment shall be
2 entered dismissing this action with prejudice.

3

4     **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5 the Judgment herein on Petitioner at his current address of record.

6

7     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8

9 Dated: July 15, 2013

10                                         _____
11                                         R. GARY KLAUSNER
                                           UNITED STATES DISTRICT JUDGE