1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DOUGLAS ANDERSEN,                )NO. CV 13-02495 RGK (SS)
                                       )
12                    Petitioner,      )
                                       )
13            v.                       )        **JUDGMENT**
                                       )
14   RALPH DIAZ, Warden,               )
                                       )
15                    Respondent.      )
     _____)

16

17

18        Pursuant to the Court's Order Accepting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   with prejudice.

23

24   DATED: July 15, 2013

25                                  _____

26                                  R. GARY KLAUSNER
                                    UNITED STATES DISTRICT JUDGE
27

28